United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

TO: Judge Sandra S. Beckwith and Judge Thomas M. Rose

FROM: Maria Welker, Case Administrator

DATE: January 16, 2013

SUBJECT: Case Caption: Reynolds & Reynolds Co. v. Superior Integrated Solutions, Inc.

CASE: Case Number: 1:12-cv-00848

DISTRICT JUDGE: Judge Sandra S. Beckwith

File Date: November 1, 2012

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Superior Integrated Solutions, Inc. v. Reynolds & Reynolds Co.

Case Number: 3:09-cv-00314       District Judge: Thomas M. Rose

File Date: 8/18/09 (closed 6/21/10)    Magistrate Judge: Sharon Ovington

**Related Case(s):**

Case Caption:

Case Number:       District Judge:

File Date:       Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator <u>**Welker**</u> as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge <u>Rose</u>

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 3/25/10*

United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

TO: Judge Sandra S. Beckwith and Judge Thomas M. Rose

FROM: Maria Welker, Case Administrator

DATE: January 16, 2013

SUBJECT: Case Caption: Reynolds & Reynolds Co. v. Superior Integrated Solutions, Inc.

CASE: Case Number: 1:12-cv-00848

DISTRICT JUDGE: Judge Sandra S. Beckwith

File Date: November 1, 2012

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Superior Integrated Solutions, Inc. v. Reynolds & Reynolds Co.**

Case Number: **3:09-cv-00314**    District Judge: **Thomas M. Rose**

File Date: **8/18/09 (closed 6/21/10)**    Magistrate Judge: **Sharon Ovington**


**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>__Welker__</u> as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  <u>THOMAS M. ROSE</u>

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

_[signature]_
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 3/25/10