# EXHIBIT A-1



## MASTER AGREEMENT

The Authorization Letter, this Master Agreement (which includes all properly executed written addendums to this Agreement), the Defined Terms, the then-current Customer Guide, and the Exhibit(s) form Reynolds' relationship with you, the Customer. Capitalized terms are either defined herein or in the Defined Terms (available on the Site and incorporated herein by this reference).

1. LICENSES.

# Redacted

You agree: (a) not to copy (other than making regular back-up copies, if permitted by us), modify, disassemble or decompile any Licensed Matter or the Site, or re-license, sublicense, rent, lease, timeshare or act as a service bureau; (b) to maintain the Licensed Matter in complete confidence; (c) not to disclose or provide access to any Licensed Matter or non-public portions of the Site to any third party, except your employees who have a need for access to operate your business, and who agree to comply with your obligations under this Section; (d) to notify Reynolds immediately of any unauthorized Use or disclosure of Licensed Matter, or your passwords or Logins; (e) to cooperate with us to protect Reynolds' and Other Providers' proprietary rights in Licensed Matter and the Site; and (f) to comply with any end user license agreements of an Other Provider.

# Redacted

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.