# EXHIBIT A-2

Case: 1:12-cv-00848-TMR-MJN Doc #: 30-3 Filed: 03/25/13 Page: 2 of 9  PAGEID #: 252

# CUSTOMER GUIDE

## CONFIDENTIAL INFORMATION

This document contains confidential information of The Reynolds and Reynolds Company. This document and its contents may not be reproduced in any form or disclosed in any manner to anyone other than the addressee and employees of the addressee without the express written permission of The Reynolds and Reynolds Company. If you have obtained possession of this document without consent, please notify the addressee immediately and then destroy this document without copying or using the document for any purposes or disclosing its content.

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

Redacted

Use of Business Data.

Redacted

You represent and warrant that you have all rights and authority to the Business Data required to grant the rights and approvals set forth in this section, and that you approve and grant to us the nonexclusive, nonterminable, royalty-free license to use and distribute your Business Data in connection with other Reynolds Items and Services and right at all times to ACCESS IN

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

Case: 1:12-cv-00848-TMR-MJN Doc #: 30-3 Filed: 03/25/13 Page: 4 of 9 PAGEID #: 254

PERSON, BY TELEPHONE LINE, OR OTHER MEANS OF COMMUNICATION, AS APPROPRIATE, YOUR LICENSED MATTER, EQUIPMENT AND SYSTEM AND TO ACCESS, COPY, OR USE YOUR BUSINESS DATA IN THE COURSE OF PROVIDING THE ITEMS AND PERFORMING THE SERVICES TO WHICH YOU HAVE CONSENTED:

(i) TO PERFORM EQUIPMENT MAINTENANCE, SOFTWARE SUPPORT SERVICES, SOFTWARE UPDATES, AND OTHER SERVICES ON YOUR BEHALF AS PROVIDED IN THE MASTER AGREEMENT OR THIS CUSTOMER GUIDE;

(ii) TO DIAGNOSE, MONITOR, AND OPTIMIZE THE PERFORMANCE OF SYSTEMS, SOFTWARE, AND NETWORKS;

(iii) TO COMPILE AND AGGREGATE STATISTICAL DATA TO ANALYZE, MEASURE, AND OPTIMIZE THE PERFORMANCE OF OUR ITEMS AND SERVICES AND TO PROVIDE TO OUR CUSTOMERS OUR ITEM AND SERVICE METRICS, SUBJECT TO THE FOLLOWING LIMITATIONS:

    (a) WE WILL NOT ANALYZE OR COPY DATA IDENTIFYING AN INDIVIDUAL CONSUMER;

    (b) WE WILL USE SUCH DATA SOLELY TO CREATE ANALYSES IN AGGREGATED OR DERIVATIVE FORM IN DATABASES AND COMPILATIONS THAT DO NOT PERMIT IDENTIFICATION OF YOU, YOUR EMPLOYEES, OR INDIVIDUAL CONSUMERS;

(iv) FOR ANY OTHER ACCESS OR USE TO WHICH YOU HAVE EXPRESSLY CONSENTED.

# Redacted

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

# Redacted

**Software Support Services.**

# Redacted

We will supply you with all Enhancements that we generally distribute to our other customers without charging an additional license fee.

# Redacted

Enhancements will either be loaded remotely by us, or you will promptly load all Enhancements

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

delivered to you by us. You are required to promptly load all Enhancements, and will be subject to termination of Services if failure to do so means you are not on the most current version of the Licensed Software.

## Redacted

Custom software provided by third parties ("Third Party Software") may limit the benefits of Enhancements or be overlaid by functionality of those Enhancements. We do not provide any Enhancements to Third Party Software or program updates or Enhancements to Licensed Matter based on compatibility with Third Party Software.

## Redacted

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

# Redacted

## LICENSED MATTER POLICIES

**Licensed Matter – Restrictions on Use.** Unless we provide otherwise, you may not install Other Matter on the Equipment or connect Other Matter to Licensed Matter, either directly or remotely, without our prior written consent. This restriction is necessary to protect the integrity and continued functioning of the Licensed Data, Licensed Software and the Equipment.

# Redacted

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

## Redacted

You expressly acknowledge that the Licensed Matter constitutes valuable proprietary property, includes confidential information and constitutes trade secrets that embody substantial creative efforts and that is valuable to Reynolds. You agree to keep confidential the Licensed Matter (including all licensed copies and Documentation) covered under the Documents and shall not copy, reproduce, distribute, or in any way disseminate or allow access to or by third parties.

You expressly agree that you shall observe complete confidentiality with respect to the Licensed Matter. This agreement and requirement mean that you shall not disclose or otherwise permit any person, firm or entity access to or use of the Licensed Matter. The sole exception to this restriction is that you may disclose or grant access to the Licensed Matter to your employees whose employment requires such access, provided that each employee is advised that the Licensed Matter contains proprietary property, confidential information and trade secrets and that each employee agrees to preserve the confidentiality of the Licensed Matter.

## Redacted

You shall not copy (except for archive purposes), reverse engineer, modify, duplicate, disassemble, de-compile, reverse assemble, or otherwise attempt to create or discover, by any means, all aspects of the Licensed Matter including, for example, but not limited to, source code, screen prints, user interface, user output, reports, report format, report content, reflexes, behaviors, internal logic, edits, data field content, integration to other programs, overall design or object code.

## Redacted

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

# Redacted

**Protective Licensed Matter.**

# Redacted

If we (or our Other Providers) make an updated version of such Licensed Matter available, you agree to promptly load and thereafter exclusively use the updated version of such Licensed Matter.

# Redacted

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.