# EXHIBIT A-3

Reynolds &Reynolds.

**DEFINED TERMS**

Redacted

Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.

Redacted

**Licensed Matter:** the following: (a) all Application Software, Licensed Software, Licensed Data, communication, database, and operating system software (Including corrections and Enhancements), microsoftware, Firmware, training software, diagnostic software, databases, and similar products listed on an Order /Lease Schedule; does not include Other Matter; (b) all intellectual property rights in any Items, including copyrights, trade names, trade secrets, patents, and other rights to inventions, and Including all such property rights included with or embedded within any Product or Leased Products; and (c) anything provided by Reynolds for use in connection with Items, and all Documentation.  Reyna's reasonable classification of Licensed Matter and Leased Products shall be conclusively binding on you.
**Licensed Software:** the Application Software, communication, database, and operating system software (Including corrections and Enhancements) that are listed in an Order, excluding Other Matter.

Redacted

**Other Matter:** any software product, database, or other materials provided to you by a third party, which is capable of functioning on or with Equipment.

Redacted

Version 3            Page 2 of 2
Confidential and Proprietary Information of The Reynolds and Reynolds Company
Copyright © 2009 The Reynolds and Reynolds Company. All rights reserved.