# EXHIBIT C



Grant J. Harvey
Partner
gharvey@gibbsbruns.com
713.751.5267

February 18, 2013

*Via USPS First Class Mail and*
*Email: mlornstein@kpsos.com*
Mark L. Ornstein
Killgore, Pearlman, Stamp, Ornstein & Squires, P.A.
2 South Orange Avenue, 5th Floor
Post Office Box 1913
Orlando, Florida 32801-1913

      Re:    The *Reynolds & Reynolds Company v. Superior Integrated Solutions, Inc.*, C.A. No. 1:12-CV-00848, pending in the U.S. District Court for the Southern District of Ohio

Dear Mark:

    This letter responds to yours of February 15, 2013, which arrived while I was traveling on another matter.

    By way of background, your client claimed for months that it had nothing to do with the sysdiagx.exe executable (which you have called the "Patch", and which is an exact copy of a past version of Reynolds' copyrighted ERAccess software). For example, on December 26, 2012, you wrote the following:

> "Contrary to R&R's accusations, SIS did not create the Patch. In fact, SIS was unaware of the very existence of the Patch until R&R brought the issue to SIS's attention. . . . Therefore, if R&R's representation is accurate that the Patch was discovered within an SIS file directory, the Patch could only have been placed there surreptitiously and without the authorization of SIS—a clear cause of concern for SIS."

12/26/2012 Letter from Ornstein to Counsel at 1-2.

    A few weeks later, you sent another strongly worded denial on behalf of your client and threatened sanctions against Reynolds for accusing your client of copying Reynolds' copyrighted software:

> "I will again remind you that R&R's copyright claim is without merit. The complained of "patch" does not belong to my Client. If R&R has done any due

Mark L. Ornstein
February 18, 2013
Page 2

diligence since my last letter R&R now realizes the same. . . . Therefore, should this matter continue not only will SIS vigorously prosecute its counter claim it will seek sanctions for the patently frivolous action filed."

1/12/2012 Email from Ornstein to Harvey. Similarly, SIS denied Reynolds's copyright allegations in the Answer it filed in federal court. *See* Dkt. #16.

As explained in Reynolds' Amended Complaint, Reynolds confirmed that SIS was aware of the "sysdiagx.exe" executable and in fact made the file available on its publicly accessible website (uset.datadms.com/downloads) for downloading to dealership computers. Thus, the position SIS has taken both in publicly filed pleadings and in communications between counsel—i.e., that it had no knowledge of "sysdiagx.exe" and was bewildered as to how that file found its way onto dealership computers—has been proven to be utterly false.

In your letter of February 13, 2013 (as clarified in your letter of February 15, 2013), SIS has apparently reversed course and no longer disputes that it placed the "sysdiagx.exe" file on an SIS website, thus making it available for further downloading and copying. Instead, SIS now complains that when *Reynolds* downloaded the "sysdiagx.exe" file, it did so "without SIS's consent or approval" from what SIS claims was an "internal website used by SIS support staff." 2/15/2013 Letter from Ornstein to Harvey.

Quite the opposite from an "internal website" that required Reynolds to seek SIS's "consent or approval" in order to access, the files located on SIS's "uset.datadms.com/downloads" website were located as a result of a simple Google search and a few clicks on a web browser. The page in question was entirely accessible to the public, on the open Internet, and it did not prompt for the entry of a password or even any user credentials. Moreover, I have confirmed with my client that Reynolds has not used any materials pulled from this publicly accessible website to "interfere with SIS's integration software"—not that there would be any legal prohibition barring Reynolds from doing so if it chose that course.

In sum, while we appreciate SIS's admission that it made "sysdiagx.exe" (i.e., Reynolds' copyrighted ERAccess program with a different name) available for downloading on SIS's website, we yet again reject SIS's latest unfounded allegations and threats against Reynolds.

If there is something else about which SIS is complaining that purportedly provides a basis for a request for injunctive relief, please let me know.

Very truly yours,

Grant J. Harvey

Mark L. Ornstein
February 18, 2013
Page 3


c: Michelle McKinnie
   ***Via Email: <u>mmckinnie@kpsos.com</u>***
   A. Gulley
   B. Ross
   J. Greer
   D. Greer