# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

REYNOLDS & REYNOLDS COMPANY,

       Plaintiff,                                           Case No.: 1:12-CV-848

  vs.

SUPERIOR INTEGRATED                          District Judge Thomas M. Rose
SOLUTIONS, INC.,                                   Magistrate Judge Michael J. Newman

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 56)

       The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 56), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in full.  It is therefore **ORDERED** that Defendant's motion for leave to file an amended counterclaim (Doc. 43) is **DENIED AS MOOT**.

Date: November 18, 2013                                      *s/Thomas M. Rose

                                                               THOMAS M. ROSE
                                                               UNITED STATES DISTRICT JUDGE