IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THE REYNOLDS & REYNOLDS COMPANY,

        Plaintiff,                         Case No.: 1:12-cv-848

vs.

SUPERIOR INTEGRATED SOLUTIONS, INC.,    District Judge Thomas M. Rose
                                                                Magistrate Judge Michael J. Newman

        Defendant.

## AGREED ORDER STAYING PROCEEDINGS

On February 28, 2014, the Court held an informal status conference, by phone, with counsel for Plaintiff, the Reynolds & Reynolds Company ("Reynolds"), and Defendant, Superior Integrated Solutions, Inc. ("SIS") (collectively, the "Parties").

During this conference, the Parties jointly requested that the Court issue a temporary stay of all proceedings. Having considered this request and good cause having been shown, it is hereby **ORDERED** as follows:

1) All proceedings are **STAYED** until March 7, 2014. The Parties are **ORDERED** to appear for a brief telephonic status conference on **March 10, 2014 at 2:00 p.m.**[1] The following deadlines and scheduled events are rescheduled as follows:

2) Reynolds' deadline to file a motion to dismiss or otherwise respond to SIS's Amended Answer and Second Amended Counterclaim (doc. 89), which is currently February 28, 2014, is extended to **March 7, 2014**;

3) SIS's deadline to file a reply brief in support of its Motion to Compel (doc. 87), which is currently March 3, 2014, is extended to **March 10, 2014**; and

4) The oral argument on SIS's Motion to Compel (doc. 87), currently scheduled for March 5, 2014 at 2:00 p.m., shall be reset to **March 13, 2014 at 2:00 p.m.**

**IT IS SO ORDERED.**

February 28, 2014                                                                  **/s Michael J. Newman**
                                                                             United States Magistrate Judge

---

[1] The parties shall call 1-877-336-1839, enter access code 2725365 and security code 123456.