UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **THE REYNOLDS & REYNOLDS COMPANY**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**SUPERIOR INTEGRATED SOLUTIONS, INC.**<br><br>　　　　Defendant. | Case No.  1:12-cv-00848<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Thomas Newman<br><br><br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, The Reynolds and Reynolds Company ("Reynolds") AND Superior Integrated Solutions, Inc. ("SIS"), collectively referred to as "the Parties," have entered into a Settlement Agreement effective March 5, 2014, settling all claims asserted in this action, as well as all claims arising out of or in connection with the matters described in this action;

　　　　WHEREAS, the provisions of the Settlement Agreement require the parties to file with the Court this Joint Motion for Dismissal with Prejudice;

　　　　NOW THEREFORE, the Parties respectfully request that the Court enter the attached Agreed Order of Dismissal.


| | |
|---|---|
| */s/ James H. Greer*<br>David C. Greer, Trial Attorney (0009090)<br>James H. Greer, Trial Attorney (0046555)<br>BIESER, GREER & LANDIS LLP | /s/ James A. Dyer<br>James A. Dyer, Trial Attorney (0006824)<br>Dianne F. Marx (0022988)<br>Kathryn M. Mack (0085529) |

<div style="columns:2">

400 PNC Center
6 North Main Street
Dayton, Ohio 45402-1908
Tel: 937.223.3277
Fax: 937.223.6339

Grant J. Harvey, *admitted pro hac*
Aundrea K. Gulley, *admitted pro hac*
Brian T. Ross, *admitted pro hac*
GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel: 713.650.8805
Fax: 713.750.0903

*Attorneys for Plaintiff The Reynolds & Reynolds Company*

SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
40 North Main Street
Dayton, OH 45423-1013
Tel.: (937) 222-2500
Fax: (937) 222-6554
Email: jdyer@ssdlaw.com

AND

Mark L. Ornstein (pro hac vice)
Frank H. Killgore, Jr. (pro hac vice)
Jeanne Crandall (pro hac vice)
KILLGORE, PEARLMAN, STAMP,
ORNSTEIN & SQUIRES, P.A.
P. O. Box 1913
Orlando, FL 32802-1913
Tel: (407) 425-1020
Fax: (407) 839-3635
Attorneys for Plaintiff
Email: mlornstein@kpsos.com
Email: fhkillgore@kpsos.com
Email: jcrandall@kpsps.com

*Attorneys for Defendant
 Superior Integrated Solutions, Inc.*

</div>

## CERTIFICATE OF SERVICE

      This is to certify that on the 7th day of March, 2014 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy of the foregoing document was electronically mailed to all counsel of record.

                                         /s/ *James H. Greer*
                                         James H. Greer, Trial Attorney (0046555)
                                         BIESER, GREER & LANDIS LLP

2470.212337/429892