# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **THE REYNOLDS & REYNOLDS COMPANY** | Case No.  1:12-cv-00848 |
| Plaintiff, | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| vs. | |
| **SUPERIOR INTEGRATED SOLUTIONS, INC.** | **AGREED ORDER OF DISMISSAL** |
| Defendant. | |

Before the Court is the parties' Joint Motion for Dismissal with Prejudice [Doc. No. 101].

By their Motion, the parties have announced an amicable final settlement of all disputed matters raised in this action. The Court, accordingly, finds that the Motion has merit.

It is, therefore, **ORDERED** that the Joint Motion for Dismissal with Prejudice is **GRANTED** and it is **ORDERED** that any and all claims and counterclaims asserted or raised in this action, as well as all claims arising out of or in connection with the matters described in this action, are hereby **DISMISSED WITH PREJUDICE** and that each Party shall bear its own costs, attorney fees and other litigation expenses.

All pending motions are **DENIED AS MOOT**, and this case is **TERMINATED** on the Court's docket.

**s/Thomas M. Rose**

March 10, 2014

_____
Thomas M. Rose
UNITED STATES DISTRICT JUDGE